## Commonwealth *v.* Hill, Appellant.

Before REED, J., specially presiding.

Submitted September 8, 1975. *Louis R. Rizzuto,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.